P.02/02

MAY-23-2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 23, 2008

**BY FAX**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

MAY 2 3 2008

UNITED STATES DISTRICT JUDGE

    Re: **Lemrey Andrews v. United States**
        **08 Civ. 3325 (NRB)**
        **01 Cr. 450 (NRB)**

Dear Judge Buchwald:

    The Government respectfully submits this letter to request an extension of time to respond to Lemrey Andrew's motion pursuant to 28 U.S.C. § 2255. In an order dated April 10, 2008, Your Honor required the Government to respond to Andrew's motion by May 27, 2008. I became aware of the pending motion and the Court's scheduling order just a few weeks ago. In light of that delay and my current workload, the Government respectfully requests until June 27, 2008 to respond. Of course, the Government will work diligently to submit a response sooner, if possible.

*Application granted. So Ordered.*

[signature]
6/2/08

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

    By: [signature]
        Elizabeth F. Maringer
        Assistant United States Attorney
        Tel: (212) 637-2402

cc by regular mail:
    Jonathan Svetkey, Esq.
    Watters & Svetkey, LLP
    286 Madison Avenue, Suite 1800
    New York, NY 10017

TOTAL P.02