

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

U.S. Department of Justice

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 26, 2008

BY FAX
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 26 2008
UNITED STATES DISTRICT JUDGE

    Re:    Lemrey Andrews v. United States
           08 Civ. 3325 (NRB)
           01 Cr. 450 (NRB)

Dear Judge Buchwald:

    The Government respectfully submits this letter to request a 30-day extension of time to respond to Lemrey Andrews' motion pursuant to 28 U.S.C. § 2255. The Government's response currently is due on June 27, 2008. Despite my best efforts, I have been unable to complete the Government's respond due to the press of other business. Accordingly, I respectfully request until July 25, 2008 to respond to Andrews' pending motion and will work diligently to submit a response sooner if possible. I have spoken with Jonathan Svetkey, Esq., counsel for Andrews, and he has consented to this application.

           Respectfully submitted,

           MICHAEL J. GARCIA
           United States Attorney

    By: _____
        Elizabeth F. Maringer
        Assistant United States Attorney
        Tel: (212) 637-2402

*So Ordered.* [signature] 6/26/08

cc by fax:
    Jonathan Svetkey, Esq.
    Watters & Svetkey, LLP
    286 Madison Avenue, Suite 1800
    New York, NY 10017

TOTAL P.02