```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

THE UNITED STATES OF AMERICA,

          - against -                          ORDER

LEMREY ANDREWS,                                01 Cr. 450-06 (NRB)

          Defendant.

-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** defendant Lemrey Andrews has written to the Court seeking the appointment of counsel in connection with a possible application for a reduction in his sentence; and

    **WHEREAS** Mr. Andrews was originally represented by Robert Koppelman pursuant to the Criminal Justice Act; and

    **WHEREAS** Mr. Koppelman has been suspended from the practice of law; and

    **WHEREAS** the appointment of counsel is appropriate in the circumstances; it is hereby

    **ORDERED** that Joshua Dratel is appointed to represent Lemrey Andrews pursuant to the Criminal Justice Act for the limited purpose of Mr. Andrews's potential application for a reduction in his sentence.

Dated:   New York, New York
         June 1, 2023

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE